| Labor and Immigration Law<br>www.tanlaws.com | Herbert J. Tan, L.L.C.<br>Law Offices |
|---|---|
| HERBERT J. TAN<br>ROMMEL MANUEL<br>*OF COUNSEL*<br>ELDRIDGE HAWKINS<br>BENJOVEN L. BAJET<br>JORGE MENESES | Please Reply to:<br>Newark<br>Manhattan<br>Rockland |

February 23, 2009

**(Via Pacer Only)**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and
US Courthouse,
50 Walnut Street, Courtroom 4C
Newark, New Jersey 07101

  Re: *Sanborn v. Potter*
  Docket No. 2:06-cv-4464

Dear Judge Sheridan:

  Reference to the above case, we respectfully ask for an adjournment of the hearing on February 26, 2008 at 10:00 a.m. on the ground that Mr. Tan will be having a surgery on February 25, 2009 and will be needing a week rest for his recovery.

  Mr. Tan shall return the week of the 16th of March. He is available on March 16 and 18, 2009. We request one of those days. Should you have any questions or concerns, please feel free to contact me. Thank you.

         Very truly yours,

         /sgd./ Herbert J. Tan
         Herbert J. Tan, Esq.

*[Handwritten order:]* Mr Tan must appear at 10:00 am on Mar 16, 2009. Please bring client.

SO ORDERED: /s/ Peter G. Sheridan
DATED: 2/26/09