# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHU-SHIA SANBORN, | |
| Plaintiff, | Civil Action No. 06-4464 (PGS) |
| v. | **ORDER** |
| JOHN E. POTTER, | |
| Defendant. | |

This matter comes before the Court on a March 16, 2009 hearing on a call for dismissal. Good cause having been shown, for the reasons set forth on the record, it is hereby

ORDERED that Plaintiff's counsel, Herbert Tan, shall immediately request default against the United States for failure to timely answer, if appropriate; and it is further

ORDERED that subsequent to the above step, Mr. Tan may apply to be relieved of counsel upon notice to Plaintiff and the Defendant.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.

March 16, 2009